USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIRIAN YUNGA, et al,

                              Plaintiffs,

          - against -

DEITYNY LLC, et al,

                            Defendants.
-------------------------------------------------------------X

23-CV-4765 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 20, 2023, the summons was returned executed, by service on the Secretary of State as agent. (Dkt. 8.) No response to the complaint appears on the record. Accordingly, by September 13, 2023, Plaintiff shall file a status report. Absent good cause, Plaintiff shall proceed with applying for default and moving for default judgment by October 4, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 6, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1