UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
MIRIAN YUNGA, individually and on behalf of all others
similarly situated,

                                        Plaintiff,

          -against-

DEITYNY LLC d/b/a DEITY NEW YORK, and
RENEE BISHOP, as an individual,

                                    Defendants.
--------------------------------------------------------------------X

Civil Docket No.:
23-cv-04765-JPO-RWL

**<u>NOTICE OF MOTION</u>
TO ENTER DEFAULT
JUDGMENT IN A SUM
CERTAIN AS TO
ALL DEFENDANTS**

     **PLEASE TAKE NOTICE**, that upon the Affirmation of Avraham Y. Scher, dated October 17, 2023, and supporting exhibits annexed thereto, and the accompanying Memorandum of Law, submitted in support of this motion, and upon all prior pleadings and proceedings heretofore had herein, the undersigned, on behalf of the Plaintiff, will move this Court before the Honorable J. Paul Oetken, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, for an Order granting Plaintiff's Motion to Enter a Default Judgment against all Defendants, *In a Sum Certain*, pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 55(a) as a result of their failure to appear in this matter, and for such other and further relief as this Court deems proper and just.

Dated:       Kew Gardens, NY
               October 17, 2023

                         *Avraham Y. Scher*
                         Avraham Y. Scher, Esq.
                         Helen F. Dalton & Associates, P.C.
                         *Attorneys for Plaintiff*
                         80-02 Kew Gardens Road, Suite 601
                         Kew Gardens, New York 11415
                         Tel.: (718) 263-9591

**TO:  via *United States Certified First-Class Mailing:***

**DEITYNY LLC d/b/a DEITY NEW YORK**
377 E 33rd St., Apt 19E, New York, NY 10016

**RENEE BISHOP**
377 E 33rd St., Apt 19E, New York, NY 10016