UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MIRIAN YUNGA, individually and on behalf of all others similarly situated,

                            Plaintiff,

-against-

DEITYNY LLC d/b/a DEITY NEW YORK, and RENEE BISHOP, as an individual,

                            Defendants.
---------------------------------------------------------------------X

Civil Docket No.:
23-cv-04765-JPO-RWL

**PROPOSED DEFAULT JUDGMENT ORDER**

This action was commenced by filing of a Summons and Complaint on June 6th, 2023. A copy of the Summons and Complaint was served by personal delivery on Defendants as follows:

1. On June 14, 2023, Corporate Defendant DEITYNY LLC d/b/a DEITY NEW YORK was duly served with process via the Office of the Secretary of State, pursuant to N.Y. Business Corporation Law § 306. (See Proof of Service attached hereto as **Exhibit B**).

2. Defendant DEITYNY LLC d/b/a DEITY NEW YORK was required to interpose an answer due by July 5, 2023, which it failed to do.

3. On September 8, 2023, a copy of the Summons and Complaint was served on individual Defendant RENEE BISHOP, by personally serving John Doe (refused full name), co-tenant, a person of suitable age and discretion, co-residing there at 377 E 33rd St., Apt 19E, New York, NY 10016. (See Proof of Service attached hereto as **Exhibit C**).

4. Defendant RENEE BISHOP failed to develop any information that she was in the military upon service of process on each of the above-referenced dates of service. Upon information and belief, Defendant RENEE BISHOP is not in the military nor dependent upon anyone in the military.

1

5. Upon information and belief, Defendant RENEE BISHOP is not an infant nor incompetent. Defendant RENEE BISHOP is an adult and is the owner of the Defendant corporate entity sued within.

6. Defendant RENEE BISHOP was required to interpose an answer due by September 29, 2023. Defendant RENEE BISHOP has failed to interpose an answer.

7. At no point in this matter has Defendant RENEE BISHOP retained or been represented by counsel, nor has Defendant RENEE BISHOP formally appeared in this matter.

8. On October 6, 2023, counsel for Plaintiff MIRIAN YUNGA filed a Request for Certificates of Default and such Default was noted by the clerk of the Court on October 6, 2023, as against corporate Defendant DEITYNY LLC d/b/a DEITY NEW YORK and RENEE BISHOP, as an individual, for their failure to appear or defend this Action. *See*, **Exhibit D**, the Certificate of Default entered against DEITYNY LLC d/b/a DEITY NEW YORK; and **Exhibit E**, the Certificate of Default entered against RENEE BISHOP, as an individual.

9. On October 6, 2023, Plaintiff served Defendants with true and correct copies of the Certificates of Default entered against Defendants, via certified United States First-Class Mailing, with proof of service and tracking annexed thereto. *See* **Exhibit F.**

10. Notwithstanding the foregoing, as of the date of this filing, at no point hereto have any of the Defendants responded to the complaint herein, moved, retained counsel on this matter, or otherwise appeared on this matter.

11. Defendants have been properly served, are aware of Plaintiff's Complaint, and of pendency of this matter against them, and have failed or refused to appear or otherwise defend in this matter.

12. Defendant DEITYNY LLC d/b/a DEITY NEW YORK has been properly served and is aware of the Complaint against it and has failed to provide a response.

13. Defendant RENEE BISHOP has been properly served and is aware of the Complaint against her and has failed to provide a response.

14. The Defendants herein have been properly served, are aware of Plaintiff's Complaint and of pendency of this matter against them, and have failed or refused to appear or otherwise defend in this matter.

15. As of the date of this filing, Defendants have demonstrated no intention to appear.

16. Accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff MIRIAN YUNGA, has a judgment against Defendants DEITYNY LLC d/b/a DEITY NEW YORK, and RENEE BISHOP, as an individual, jointly and severally, in the liquidated amount of **$129,214.86** plus attorney's fees and statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961, from the date of entry of judgment, until judgment is paid in full

Dated: New York, New York
_____, 2023

_____

United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRIAN YUNGA, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

DEITYNY LLC d/b/a DEITY NEW YORK, and RENEE BISHOP, as an individual,

Defendants,

---

### PROPOSED DEFAULT JUDGMENT ORDER

---

HELEN F. DALTON & ASSOCIATES, P.C.
Attorneys for Plaintiff
80-02 Kew Gardens Road
Suite 601
Kew Gardens, New York 11415
Phone (718) 263-9591
Fax (718) 263-9598

---

**TO:**

**DEITYNY LLC d/b/a DEITY NEW YORK**
377 E 33rd St., Apt 19E, New York, NY 10016

**RENEE BISHOP**
377 E 33rd St., Apt 19E, New York, NY 10016